**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | |
|---|---|
| URBAN ONE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICK UNPLUGGED, LLC and<br>MICK D. HUNT, JR.,<br><br>Defendants. | Civil Action No. 8:25-cv-02850-LKG |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

On September 29, 2025, Defendants filed a motion for extension of time to October 22, 2025 (Dkt. #10), to respond to the Complaint filed in this action. This motion was filed in violation of Local Rule 105(9), in that the motion was filed without any prior notice to Plaintiff and without asking Plaintiff whether it consents to the extension requested. Plaintiff in principle does not oppose this extension request by Defendants. Plaintiff takes no position on whether a motion filed in violation of the Local Rules should be granted.

Dated: October 13, 2025

**TROUTMAN PEPPER LOCKE LLP**

By: *_/s/ Andrew P. Zappia_*
Andrew P. Zappia (MD Bar No: 17406)
70 Linden Oaks, Suite 210
Rochester, NY 14625
Tel.: (585) 270-2102
Email: Andrew.Zappia@troutman.com

Of counsel:

**TROUTMAN PEPPER LOCKE LLP**

Bryan C. Smith (*pro hac vice* to be filed)
70 Linden Oaks, Suite 210
Rochester, NY 14625
Tel.: (585) 270-2141
Email: Bryan.Smith@troutman.com

*Attorneys for Plaintiff Urban One, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of October, 2025, the within **Plaintiff's Response to Defendants' Motion for Extension of Time to Respond to Complaint** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered ECF participants.

*/s/ Andrew P. Zappia*
Andrew P. Zappia