**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

URBAN ONE, INC., *

**Plaintiff,**

*

**v.** **Case No.** 8:25-CV-02850-LKG

*

MICK UNPLUGGED, LLC AND MICK D. HUNT, JR.,

**Defendant.** *

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Check one.**

☐ Exhibit _________ which is an attachment to ______________________________

______________________________________________________________

will be electronically filed under seal within 24 hours of the filing of this Notice.

☒ Redline Comparison of Original Complaint to Amended Complaint

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by email to all counsel of record.

01/26/2026
Date

*/s/ Andrew P. Zappia*
Signature

Andrew P. Zappia (MD Bar No. 17406)
Printed Name and Bar Number

80 Linden Oaks, Suite 320, Rochester, NY 14625
Address

Andrew.Zappia@troutman.com
Email Address

(585) 270-2102
Telephone Number

(585) 270-2179
Fax Number