**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MARYLAND**

USDC- GREENBELT
'26 MAR 10 PM3:50

URBAN ONE, INC.,

　　　　　　　　Plaintiff,

v.

MICK UNPLUGGED, LLC and
MICK D. HUNT, JR.,

　　　　　　　　Defendants.

Civil Action No. 8:25-cv-02850-LKG

## ORDER GRANTING
## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Upon consideration of Plaintiff's Motion for Leave to File Under Seal the unredacted versions of the Amended Complaint and Plaintiff's Response to Defendants' Motion to Dismiss Complaint, and the entire record in this case, it is hereby:

ORDERED that Plaintiff's Motion for Leave to File Under Seal the unredacted versions of the Amended Complaint and Plaintiff's Response to Defendants' Motion to Dismiss Complaint is GRANTED.

IT IS SO ORDERED.

Date: _March 10,_____, 2026　　　_____
　　　　　　　　　　　　　　　Hon. Lydia Kay Griggsby
　　　　　　　　　　　　　　　United States District Judge