**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| URBAN ONE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICK UNPLUGGED, LLC and MICK D. HUNT, JR.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 25-cv-02850-LKG<br><br>Dated: October 22, 2026 |

**ORDER**

For the reasons stated in the Court's memorandum opinion, dated October 22, 2026, in the above-captioned matter, the Court:

(1) **GRANTS-in-PART** and **DENIES-in-PART** the Defendants' motion to dismiss (ECF No. 29);

(2) **GRANTS** the Plaintiff's motion for leave to file its response to the Defendants' motion to dismiss the amended complaint under seal (ECF No. 30);

(3) **DIRECTS** the Clerk of the Court to maintain the Plaintiff's response in opposition to the Defendants' motion to dismiss the amended complaint (ECF No. 31) **UNDER SEAL**;

(4) **DISMISSES** Count II of the amended complaint (ECF No. 24); and

(5) **DIRECTS** the parties to **FILE** a joint status report, **on or before November 12, 2026**, that proposes any redactions to the Court's Memorandum opinion and states the reasons for those redactions.

The Defendants shall **ANSWER**, or otherwise **RESPOND** to, the remaining claims in the amended complaint, **on or before November 12, 2026**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge